IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAYLA WHITFORD and MARK CARTER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 16-cv-596 |
| DAVID DAVIS and THE VILLAGE OF SOUTH ROXANA, | ) ) ) ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Now comes PIERCE LAW FIRM, P.C., and hereby enters its appearance on behalf of the defendants, DAVID DAVIS and THE VILLAGE OF ROXANA, in this matter.

Respectfully Submitted,

By: s/Charles A. Pierce
PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Phone: 618-277-5599
Fax: 618-239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar # 06208106

## CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2016 I electronically filed an ENTRY OF APPEARANCE on behalf of the defendants, DAVID DAVIS and the VILLAGE OF SOUTH ROXANA, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Thomas G. Maag
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL  62095

                              Respectfully submitted,

                              s/CHARLES A. PIERCE
                              Pierce Law Firm, P.C.
                              #3 Executive Woods Court, Suite 200
                              Belleville, IL  62226
                              Phone: (618) 277-5599
                              Fax: (618) 239-6080
                              E-mail: cpierce@piercelawpc.com
                              Attorney Bar Number # 06208106